IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES THOMAS PAYNE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DIRK KEMPTHORNE, et al. ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. CV04-477-S-LMB <br><br> **ORDER OF REASSIGNMENT** |

Because it appears that at least some of Plaintiff's claims are subject to summary dismissal, and all parties have not consented to the jurisdiction of a United States Magistrate Judge to enter final orders in this case, the Court shall reassign this case to a United States District Judge. After consultation with the Clerk of Court, the Court shall reassign this case to the Chief Judge B. Lynn Winmill. The case number is changed to CV04-477-S-BLW.

NOW THEREFORE IT IS HEREBY ORDERED that this case is reassigned to the Chief Judge B. Lynn Winmill. Any further pleadings and papers filed in this case shall be filed under the new case number, CV04-477-S-BLW.

DATED: **May 11, 2005**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge