IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JAMES THOMAS PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-04-477-S-BLW |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| DIRK KEMPTHORNE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Based upon the Stipulation of Dismissal entered into by Plaintiff and the Idaho Defendants that has been adopted by the Court in its most recent Order, and based upon the Court Orders previously entered (Docket Nos. 23, 44, and 52), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows: all claims against the Idaho and Puerto Rico Governors, secretaries of state, and counsel Panther and Onanubosi are dismissed with prejudice; all claims against the other Puerto Rico Defendants are dismissed without prejudice; all claims against the other Idaho Defendants are dismissed.

DATED: **April 24, 2006**

_____
B. LYNN WINMILL
Chief Judge
United States District Court
.

**ORDER 1**